■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS AGUILA, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on December 13, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Fein, Lynch and Milonas, JJ.

■ HEATHER WHITE et al. v MARIA MARTINS et al. (And Two Other Actions.) — Motion to stay further depositions denied and, *sua sponte,* appeal dismissed. (See *Everitt v Health Maintenance Center,* 86 AD2d 224.) Concur — Ross, J. P., Carro, Fein and Kassal, JJ.

■ SHOSHANA FISCHER v JOSEPH FISCHER. — Motion to direct Departmental Disciplinary Committee to commence disciplinary proceedings against respondent's attorney and for his removal as respondent's attorney denied, without prejudice to appellant's filing, if so advised, a complaint with the Departmental Disciplinary Committee. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Milonas, JJ.

■ In the Matter of MARTIN OZER. — Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York, effective November 27, 1984. Concur — Sandler, J. P., Ross, Milonas, Kassal and Alexander, JJ.